**No. 44508.**—Protests 978254–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham earthenware in question was held dutiable at 25 percent under paragraph 210 as claimed. In accordance with stipulation of counsel and on the authority of Abstract 39426 bone lemon picks were held dutiable at 25 percent under paragraph 1537.

**No. 44509.**—Protests 848473–G, etc., of Butler Brothers (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that the subject of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.